UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA YEARBY,<br><br>     Plaintiff,<br><br>vs.<br><br>GOLDEN LIVING CENTER OF NORTHSIDE,<br><br>     Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-3753-TCB |

## J U D G M E N T

This action having come before the court, the Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the defendant's motion to dismiss the plaintiff's complaint and to compel arbitration of plaintiff's claims, and the court having granted said motion as unopposed, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**, and the action should be arbitrated in accordance with the arbitration agreement entered into between the parties.

Dated at Atlanta, Georgia this 21st day of December, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: s/ Amy Cash McConochie
     Deputy Clerk

Prepared & Filed
In the Clerk's Office
    December 21, 2010
James N. Hatten
Clerk of Court

By: s/ Amy Cash McConochie
     Deputy Clerk